
IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| RITA MAE FORNALL,<br><br>Plaintiff,<br><br>vs.<br><br>U.S. BANK, NA.,<br><br>Defendant. | CV 18–30–M–DWM<br><br><br><br>ORDER |

The parties having filed a stipulation for dismissal (Doc. 19) pursuant to Rule 41(a),

IT IS ORDERED that the above-captioned cause is DISMISSED WITH PREJUDICE, each party to pay its own costs. All pending motions are DENIED as moot and all deadlines are VACATED. The jury trial set for January, 22, 2019, is VACATED.

DATED this 4th day of October, 2018.

Donald W. Molloy, District Judge
United States District Court